IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA HENDRICKS, KATY HOBBS, CAROLYN HOLMES, JAMES W. HOWARD, ALLEN KLINE, PHILLIP LEE, SR., and GIUSEPPE "JOE" LEONE, <br><br>Plaintiffs, <br><br>v. <br><br>MERCK & CO., INC., <br>One Merck Drive <br>Whitehouse Station, NJ 08889 <br><br>Defendant. | § § § § § § § § § § § § § § § § § Case No. _____ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1, the undersigned, counsel of record for Defendant Merck & Co., Inc. ("Merck"), certifies that to the best of our knowledge and belief, Merck has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: *Katherine Leong*
Douglas R. Marvin
(D.C. Bar No. 933671)
Paul K. Dueffert
(D.C. Bar No. 435452)
Katherine Leong
(D.C. Bar No. 492457)

                    725 12th Street, N.W.
                    Washington, D.C.  20005
                    (202) 434-5000

                    *Attorneys for Defendant Merck & Co., Inc.*

Dated:  December 18, 2007

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 18th day of December, 2007, a true copy of the foregoing Corporate Disclosure Statement was served U.S. first-class mail, postage prepaid to the following:

        Turner W. Branch, Esq.
        BRANCH LAW FIRM
        1424 K Street, NW
        6th Floor
        Washington, DC 20005

                                        *Katherine Leong*
                                        Katherine Leong